UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARCHIE LEMONT BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16CV00590 AGF |
| | ) |
| CORIZON HEALTH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on Defendant Jeffrey Carson's ("Defendant") Motion for Order Directing Full Contact Deposition. (Doc. No. 38.) Defendant requests that the Court order the Ste. Genevieve County Detention Center to permit a "full contact" visit with Plaintiff Archie Lemont Butler for a deposition that Defendant wishes to take. Defendant further states that a "full contact" visit is a visit in a room without a partition, and the only room currently available without a court order cannot comfortably hold all parties who wish to be present during Defendant's deposition of Plaintiff.

Therefore, for good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion for Order Directing Full Contact Deposition (Doc. No. 38) is **GRANTED**. The Ste. Genevieve County Detention Center is hereby directed to permit a "full contact" visit in a room large enough to accommodate Plaintiff, a certified court reporter, and counsel for Defendants, during

Defendant's deposition of Plaintiff. The Ste. Genevieve County Detention Center may provide whatever security it deems appropriate during the "full contact" visit.

Dated this 30th day of November, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE