UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARCHIE LEMONT BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16CV00590 AGF |
| CORIZON HEALTH, INC., et al., | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on Defendant Corizon, LLC's Notice of Final Settlement and Dismissal of Corizon, LLC (ECF No. 61). Corizon, LLC notified the Court that all steps have been completed to formalize the settlement with Plaintiff and that, with the express permission of Plaintiff, Corizon, LLC may be dismissed with prejudice from this suit.

Accordingly,

**IT IS HEREBY ORDERED** that the claims against Defendant Corizon, LLC are **DISMISSED WITH PREJUDICE.**

Dated this 23rd day of May, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE