UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ARCHIE LEMONT BUTLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:16CV00590 AGF |
| CORIZON HEALTH, INC., et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Issuance of Subpoena (ECF No. 41). For good cause shown, Plaintiff's motion will be granted. The Court will direct the Clerk to send Plaintiff a blank subpoena form. Plaintiff may fill out the subpoena form as directed in this Order and return it to the Court along with a Memorandum for Clerk requesting that the subpoena be served by the U.S. Marshal. The Memorandum for Clerk should include the following information: (1) the name of the person or entity Plaintiff seeks to serve; (2) the specific document Plaintiff seeks; (3) how the specified document is relevant to his case; (4) why Plaintiff believes the person or entity to be subpoenaed has possession of the documents; and (5) how he will provide the necessary costs. The Court retains the discretion to refuse to issue Rule 45 subpoenas to nonparties if Plaintiff does not provide the required information in the Memorandum for Clerk, or if the Court believes the requests are frivolous or otherwise improper.

The subpoena form will need to be signed by the Clerk after it is returned to the Court, so **Plaintiff should not sign the subpoena form**.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Issuance of Subpoena (ECF No. 41) is **GRANTED**. The Clerk of the Court shall send Plaintiff one blank subpoena form, which Plaintiff may fill out as explained in this Order, along with a Memorandum for Clerk that contains the information specified in this Order and requests that the subpoena be served by the U.S. Marshal.

Dated this 23rd day of May, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE