UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARCHIE LEMONT BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16CV00590 AGF |
| CORIZON HEALTH, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Jeffrey Carson's ("Defendant") Motion to Compel (ECF No. 43). Defendant requests that the Court order Plaintiff to respond to Defendant's First Request for Production of Documents. Plaintiff filed no objection to Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel (ECF No. 43) is **GRANTED**. Plaintiff must respond to Defendant's First Request for Production of Documents by **Friday, June 9, 2017.**

Dated this 23rd day of May, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE